EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* AURELIO BAUZÁ, demandado y apelante.

No. 2526.—*Resuelto en reconsideración:* Julio 8, 1925.

DERECHO PENAL—APELACIÓN Y ERROR, Y CERTIORARI—DISPOSICIÓN Y RESOLUCIÓN DEL CASO—MODIFICACIÓN DE LA SENTENCIA APELADA.—Cuando la sentencia

no especifica el delito por el cual se declara culpable al acusado, pero del récord consta el delito por el cual se le acusó, dicha sentencia puede modificarse en apelación en el sentido de que el acusado fué condenado por dicho delito, y así modificada, confirmarse.

Moción sobre reconsideración de sentencia.

*Domingo Sepúlveda,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

En este caso resolvimos los errores que alegó el apelante contra la sentencia apelada y la confirmamos (34 D. P.R. 331). Después, el apelante nos ha presentado una moción para que reconsideremos nuestra sentencia, en la que no impugna los fundamentos que tuvimos para ella pero alega por primera vez que la sentencia de la corte inferior es nula porque declara al acusado culpable del delito imputádole sin especificar el delito, y cita los casos de *El Pueblo* v. *Campos,* 17 D.P.R. 1190; *El Pueblo* v. *Fernández,* 19 D.P.R. 114; *El Pueblo* v. *Seda, El Pueblo* v. *Trinidad* y *El Pueblo* v. *De Jesús,* que resolvimos el 28 de abril el primero, (34 D.P.R. 207) y el 15 de junio los dos últimos del año 1925.

Cierto es que la sentencia apelada no especifica como debiera el delito por el cual fué declarado culpable el acusado pero como en el récord consta que fué acusado por el delito de adulteración de leche y que por ese delito fué celebrado el juicio, estamos en condiciones de corregir la sentencia de la corte inferior y debemos corregirla, según hemos declarado en los casos de *El Pueblo* v. *Trinidad,* 24 D.P.R. 886, y de *El Pueblo* v. *Alvarez,* 21 D.P.R. 86, y con tal fin dejaremos sin efecto nuestra sentencia de 5 de junio último y dictaremos otra modificando la sentencia de la corte inferior en el sentido de que el acusado fué condenado por el delito de tener para la venta leche de vaca adulterada, y así modificada la *confirmaremos.*